**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEE ATTACHED,<br><br>          Petitioner,<br><br>     vs.<br><br>SEE ATTACHED,<br><br>          Respondent(s). | Case No. SEE ATTACHED<br><br>**ORDER SETTING HEARING FOR FINDINGS AND RECOMMENDATIONS**<br><br>Date: August 19, 2026<br>Time: 1:00 pm<br>Courtroom: 540 (Roybal Fed Bldg & US Crthse) |

To "secure the just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, the court orders counsel for the parties[1] in the cases listed on the Attachment to appear **in person** at **1:00 PM** on **August 19, 2026** in **Courtroom 540** of the **Roybal Federal Building and United States Courthouse** (255 East Temple Street, Los Angeles, California 90012) for purposes of "expediting disposition of this action."  Fed. R. Civ. P. 16(a); *see* Fed. R. Civ. P. 81(a)(4); Rules 1(b) and 12 of Rules Governing Section 2254 Cases.

To the extent practicable, the court intends to issue a written report of findings and recommendations on the pending 28 U.S.C. § 2241 petition by or before 10 AM on the day of the hearing, to entertain objections (or replies to objections) by the parties, and to either submit the written report to the district judge or to revise the written report if needed.  *See* Fed. R. Civ. P. 16(c)(2) (providing discretion for "special procedures to assist in resolving the dispute" and "facilitating in other ways the just, speedy, and inexpensive disposition of the action").  If the parties prefer a final judgment on the merits before that hearing, they remain free to consent under General Order 26-05 and 28 U.S.C. § 636(c) with the understanding that there is no adverse substantive consequence for non-consent to faster final judgment.

Failure to appear at the hearing in person as ordered or to be prepared to participate at the hearing may lead to sanctions with no further warning or notice. *See*, *e.g.*, Fed. R. Civ. P. 16(f), 37(b)(2)(A), and 41(b); L.R. 41-1, 41-5

IT IS SO ORDERED.

Dated: July 16, 2026

_____
STEVE KIM
United States Magistrate Judge

---

[1] Any counsel of record for Petitioner may appear at the hearing.  Government counsel may stand in for one another but only if they file a notice of appearance in advance of the status conference, are fully familiar with the facts of the case(s) they appear on, and can make statements binding the Respondent(s) in the particular case(s) they appear on.

1

**ATTACHMENT**

| Petitioner | Case Number |
|---|---|
| Abdugapur Turgunov | ED CV 26-930-JWH-SK |
| Bing Zimri Moreno Hernandez | ED CV 26-3181-FMO-SK |
| Yohanna Rosallyn Urrutia Gonzalez | ED CV 26-2717-VBF-SK |
| Jesus Mauricio Ortuna Reina | ED CV 26-2569-KK-SK |
| Rebhi Maher Asalieh | ED CV 26-2409-RGK-SK |
| Gursimran Kaur | ED CV 26-228-DOC-SK |