UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | 5:26-cv-00228-DOC-SK | Date: August 13, 2026 |
| Title | Gursimran Kaur v. Mark Bowen, et al. | |

Present: The Honorable: Steve Kim, United States Magistrate Judge

| | |
|---|---|
| A. Silva-Elder | n/a |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

By no later than August 19, 2026, the parties are ordered to show cause in person at the scheduled 1:30 PM hearing on this matter what issues precluding final entry of judgment on the habeas petition remain. The parties may discharge this order by a stipulation for entry of final judgment in petitioner's favor based on the same reasons and on the same terms set forth in the district court's August 10, 2026 order granting immediate release. *See, e.g.*, *F.A.L. v. Rios*, *et al.*, No. 8:26-cv-354-ODW, ECF 21 (May 1, 2026); *Nguyen v. Marin*, *et al.*, No. 5:26-cv-1587-MWC, ECF 22 (May 14, 2026); *Rojas v. Semaia*, No. 5:25-cv-1509-SK, ECF 24 (April 24, 2026); *see also Nielsen v. Preap*, 586 U.S. 392, 403–04 (2019); *Gonzalez v. Arizona*, 677 F.3d 383, 390 (9th Cir. 2012) (en banc); *Ranchers Cattlemen Action Legal Fund United Stockgrowers of Am. v. U.S. Dep't of Agr.*, 499 F.3d 1108, 1114 (9th Cir. 2007); Fed. R. Civ. P. 65(a)(2).

If the parties intend to so stipulate, they must file and lodge three separate documents directed to DOC Chambers: (a) the stipulation; (b) the proposed stipulated order; and (c) the proposed judgment. If those documents are filed and lodged with DOC Chambers by 12 PM PT on August 17, 2026, the August 19 hearing with this court will be automatically vacated with no appearances required.

IT IS SO ORDERED.