**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

GURSIMRAN KAUR,

Petitioner,

v.

MARK BOWEN, *et al.*,

Respondents.

No. 5:26-cv-00228-DOC-SK

**~~[PROPOSED]~~ ORDER DISMISSING ACTION WITHOUT PREJUDICE**

The Court, having considered the parties' Joint Stipulation to Dismiss Action Without Prejudice and to consent to Magistrate Judge jurisdiction, and good cause appearing, GRANTS the Stipulation. The parties' consent to the jurisdiction of the undersigned United States Magistrate Judge under 28 U.S.C. § 636(c) is accepted. IT IS ORDERED THAT this action is dismissed without prejudice as moot. The Order to Show Cause issued August 13, 2026 (ECF 31) is discharged, and the August 19, 2026 hearing is vacated.

Dated: August 14, 2026

HONORABLE STEVE KIM
United States Magistrate Judge