JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

GURSIMRAN KAUR,

Petitioner,

v.

MARK BOWEN, *et al.*,

Respondents.

No. 5:26-cv-00228-DOC-SK

**~~[PROPOSED]~~ JUDGMENT OF DISMISSAL**

Pursuant to the Order Dismissing Action Without Prejudice, and the parties' Joint Stipulation, IT IS ADJUDGED that this action is dismissed without prejudice as moot.

The Clerk of Court is directed to **CLOSE** the case.

Dated: August 14, 2026

HONORABLE STEVE KIM
United States Magistrate Judge